UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KURT LANG,

    Plaintiff,

v.                                        Case No: 8:20-cv-2673-JSM-TGW

MARRIOTT INTERNATIONAL INC.
and RENAISSANCE HOTEL
OPERATING COMPANY,

    Defendants.
_____

## ORDER OF DISMISSAL

Before the Court is the Notice of Voluntary Dismissal with Prejudice (Dkt. 18).

Upon review and consideration, it is

    **ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 3rd day of September, 2021.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record